1  Name          _____
2  Bar #         _____
   Firm          _____
3  Address       _____
4                _____
5                _____
   Telephone     _____
6

7              IN THE UNITED STATES DISTRICT COURT
8                FOR THE DISTRICT OF ARIZONA
9

10                                          )
11                                          )
                                            )
12        Plaintiff,                        )
                                            )   **Case No.**
13        vs.                               )
                                            )   **Corporate Disclosure Statement**
14                                          )
                                            )
15        Defendant.                        )
                                            )
16 _____)

17

18      This Corporate Disclosure Statement is filed on behalf of _____
   in compliance with the provisions of: *(check one)*
19
          ____   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an
20               action in a district court must file a statement that identifies any parent corporation
21               and any publicly held corporation that owns 10% or more of its stock or states that
                 there is no such corporation.
22
          ____   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate
23               party to a proceeding in a district court must file a statement that identifies any
                 parent corporation and any publicly held corporation that owns 10% or more of its
24               stock or states that there is no such corporation.
25        ____   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of
26               alleged criminal activity is a corporation the government must file a statement
                 identifying the victim and the statement must also disclose the information required
27               by Rule 12.4(a)(1).
28

**The filing party hereby declares as follows:**

\_\_\_\_  No such corporation.

\_\_\_\_  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed.)*

_____Relationship_____

\_\_\_\_  Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

\_\_\_\_\_  Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this _____ day of _____, _____.

_____
Counsel of Record

Certificate of Service:

- 2 -